UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Jul 08, 2009**

FILED
CLERK'S OFFICE

IN RE: OPPENHEIMER ROCHESTER FUNDS
GROUP SECURITIES LITIGATION
    Michael P. Wunderly, et al. v. Oppenheimer Pennsylvania  )
        Municipal Fund, et al., W.D. Pennsylvania,          )      MDL No. 2063
        C.A. No. 2:09-772                                           )

**CONDITIONAL TRANSFER ORDER (CTO-2)**

On June 17, 2009, the Panel transferred ten civil actions to the United States District Court for the District of Colorado for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* __F.Supp.2d_ (J.P.M.L. 2009). Since that time, six additional actions have been transferred to the District of Colorado. With the consent of that court, all such actions have been assigned to the Honorable John L. Kane, Jr.

It appears that the action on this conditional transfer order involves questions of fact that are common to the actions previously transferred to the District of Colorado and assigned to Judge Kane.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the District of Colorado for the reasons stated in the order of June 17, 2009, and, with the consent of that court, assigned to the Honorable John L. Kane, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Colorado. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel